No. A–1042. Rega *v.* Curios, Correction Commissioner. C. A. 2d Cir. Application for stay of execution of sentence, presented to Mr. Justice Marshall, and by him referred to the Court, denied. Mr. Justice Brennan and Mr. Justice Marshall would grant the application.

No. D–158. In re Disbarment of Herman. Disbarment entered. [For earlier order herein, see 440 U. S. 933.]

No. 78–432. United Steelworkers of America, AFL–CIO–CLC *v.* Weber et al.;

No. 78–435. Kaiser Aluminum & Chemical Corp. *v.* Weber et al.; and

No. 78–436. United States et al. *v.* Weber et al. C. A. 5th Cir. [Certiorari granted, 439 U. S. 1045.] Motion of Rudy Gorden et al. for leave to intervene and for an order vacating the judgment below and remanding cases for a new trial with intervenors as party defendants, denied. Mr. Justice Powell and Mr. Justice Stevens took no part in the consideration or decision of this motion.

No. 78–1143. Vance, Secretary of State *v.* Terrazas. C. A. 7th Cir. [Probable jurisdiction noted, 440 U. S. 970.] Motion of the Solicitor General to dispense with printing appendix granted.

No. 78–1202. Chiarella *v.* United States. C. A. 2d Cir. [Certiorari granted, 441 U. S. 942.] Motion of petitioner to dispense with printing appendix granted.

No. 78–1604. Central Machinery Co. *v.* Arizona State Tax Commission. Sup. Ct. Ariz. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–6604. Raitport *v.* Clerk of the Supreme Court of the United States. Motion for leave to file petition for writ of mandamus denied.